Certificate Number: 16339-PAE-DE-040174306

Bankruptcy Case Number: 25-13294



16339-PAE-DE-040174306

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 7, 2025</u>, at <u>8:46</u> o'clock <u>PM EDT</u>, <u>Julio Cueva</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 7, 2025</u>               By:   <u>/s/Kelley Tipton</u>

                                            Name: <u>Kelley Tipton</u>

                                            Title: <u>Certified Financial Counselor</u>